ELLEN F. ROSENBLUM
Attorney General
JACQUELINE KAMINS  #064972
Assistant Attorney General
Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Jacqueline.Kamins@doj.state.or.us

Attorneys for Defendant Kitzhaber

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GALICE MINING DISTRICT; IDA LEE REMAN, Recorder for the Galice Mining District; KERBY DALE JACKSON, CEO for Galice Mining District; DELANT CORY PALMERTON, Vice Executive Officer for Galice Mining District; and IRVIN LEE ADKINS, Private Attorney General,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN KITZHABER, Governor; PETER COURTNEY, Senator; JACKIE DINGFELDER, Senator; and ALAN BATES, Senator,<br><br>Defendants. | Case No.  6:13-cv-00682-TC<br><br>RESPONSE TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION |

Plaintiffs seek a preliminary injunction "against the passage of Oregon Bills SB 115, SB 370, SB 401, and SB 838." (Complaint, p. 6, ¶ C). To obtain a preliminary injunction, plaintiff "must show either (1) a likelihood of success on the merits and the possibility of irreparable injury or (2) the existence of serious questions going to the merits and the balance of hardships tipping in [his] favor." *Nike, Inc. v. McCarthy*, 379 F.3d 576, 580 (9th Cir. 2004).  Based on the

Page 1 -   RESPONSE TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION
    JK/js9/4202914-v1

Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

argument set forth in the contemporaneously-filed Motion for Dismiss, plaintiffs cannot establish any likelihood of success on the merits because the court lacks jurisdiction to consider the case. Accordingly, the motion for preliminary injunction should be denied.

  DATED May __28__, 2013.

            Respectfully submitted,

            ELLEN F. ROSENBLUM
            Attorney General


            _____s/ Jacqueline Kamins_____
            JACQUELINE KAMINS #064972
            Assistant Attorney General
            Trial Attorney
            Tel (971) 673-1880
            Fax (971) 673-5000
            Jacqueline.Kamins@doj.state.or.us
            Of Attorneys for Defendants

Page 2 -    RESPONSE TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION
    JK/js9/4202914-v1
            Department of Justice
           1515 SW Fifth Ave, Suite 410
            Portland, OR 97201
          (971) 673-1880 / Fax: (971) 673-5000

## CERTIFICATE OF SERVICE

      I certify that on May __28__, 2013, I served the foregoing RESPONSE TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Galice Mining District<br>[1525] Plat I<br>Sutherlin OR [97479]<br>(971) 221-9066<br>    *Pro Se* | ___ HAND DELIVERY<br>_X_ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>___ E-FILE |
| Ida Lee Reman<br>:ida-lee: [reman]<br>[1525] Plat I<br>Sutherlin OR [97479]<br>(971) 221-9066<br>    *Pro Se* | ___ HAND DELIVERY<br>_X_ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>___ E-FILE |
| Kerby Dale Jackson<br>:kerby-dale: [jackson]<br>[1525] Plat I<br>Sutherlin OR [97479]<br>(971) 221-9066<br>    *Pro Se* | ___ HAND DELIVERY<br>_X_ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>___ E-FILE |
| Delant Cory Palmerton<br>:delant-cory: [Palmerton]<br>[1525] Plat I<br>Sutherlin OR [97479]<br>(971) 221-9066<br>    *Pro Se* | ___ HAND DELIVERY<br>_X_ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>___ E-FILE |

Page 1 -   CERTIFICATE OF SERVICE
     JK/js9/4167705-v1

Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

| | |
|---|---|
| Irvin Lee Adkins<br>:Irvin-lee: [adkins]<br>[1525] Plat I<br>Sutherlin OR [97479]<br>(971) 221-9066<br>      *Pro Se* | ___ HAND DELIVERY<br> X  MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>___ E-FILE |

                                      s/ Jacqueline Kamins
                            JACQUELINE KAMINS #064972
                            Assistant Attorney General
                            Trial Attorney
                            Tel (971) 673-1880
                            Fax (971) 673-5000
                            Jacqueline.Kamins@doj.state.or.us
                            Of Attorneys for Defendant Governor Kitzhaber

Page 2 -    CERTIFICATE OF SERVICE
               JK/js9/4167705-v1
                                         Department of Justice
                                   1515 SW Fifth Ave, Suite 410
                                          Portland, OR 97201
                                (971) 673-1880 / Fax: (971) 673-5000