ELLEN F. ROSENBLUM
Attorney General
JACQUELINE KAMINS  #064972
Assistant Attorney General
Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Jacqueline.Kamins@doj.state.or.us

Attorneys for Defendant Kitzhaber

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GALICE MINING DISTRICT; IDA LEE REMAN, Recorder for the Galice Mining District; KERBY DALE JACKSON, CEO for Galice Mining District; DELANT CORY PALMERTON, Vice Executive Officer for Galice Mining District; and IRVIN LEE ADKINS, Private Attorney General,<br><br>        Plaintiffs,<br><br>      v.<br><br>JOHN KITZHABER, Governor; PETER COURTNEY, Senator; JACKIE DINGFELDER, Senator; and ALAN BATES, Senator,<br><br>        Defendants. | Case No.  6:13-cv-00682-TC<br><br>DEFENDANTS' MOTION TO DISMISS |

Pursuant to LR 7-1(a)(1)(C), the undersigned counsel attempted to confer with the plaintiffs, but was unable to connect with them.

Page 1 -   DEFENDANTS' MOTION TO DISMISS
        JK/js9/4275663-v1

Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Defendants move to dismiss the claim under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). This Court lacks subject matter jurisdiction and all defendants are immune from suit.

In support of this motion, defendants rely on the accompanying memorandum of law.

DATED May __28__, 2013.

    Respectfully submitted,

    ELLEN F. ROSENBLUM
    Attorney General


       s/ Jacqueline Kamins
    JACQUELINE KAMINS #064972
    Assistant Attorney General
    Trial Attorney
    Tel (971) 673-1880
    Fax (971) 673-5000
    Jacqueline.Kamins@doj.state.or.us
    Of Attorneys for Defendants

Page 2 -   DEFENDANTS' MOTION TO DISMISS
JK/js9/4275663-v1

Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## CERTIFICATE OF SERVICE

I certify that on May  28 , 2013, I served the foregoing DEFENDANTS' MOTION TO DISMISS upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Galice Mining District<br>[1525] Plat I<br>Sutherlin OR [97479]<br>(971) 221-9066<br>*Pro Se* | ___ HAND DELIVERY<br> X  MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>___ E-FILE |
| Ida Lee Reman<br>:ida-lee: [reman]<br>[1525] Plat I<br>Sutherlin OR [97479]<br>(971) 221-9066<br>*Pro Se* | ___ HAND DELIVERY<br> X  MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>___ E-FILE |
| Kerby Dale Jackson<br>:kerby-dale: [jackson]<br>[1525] Plat I<br>Sutherlin OR [97479]<br>(971) 221-9066<br>*Pro Se* | ___ HAND DELIVERY<br> X  MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>___ E-FILE |
| Delant Cory Palmerton<br>:delant-cory: [Palmerton]<br>[1525] Plat I<br>Sutherlin OR [97479]<br>(971) 221-9066<br>*Pro Se* | ___ HAND DELIVERY<br> X  MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>___ E-FILE |

Page 1 -   CERTIFICATE OF SERVICE
           JK/js9/4167705-v1

Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

| | |
|---|---|
| Irvin Lee Adkins<br>:Irvin-lee: [adkins]<br>[1525] Plat I<br>Sutherlin OR [97479]<br>(971) 221-9066<br>     *Pro Se* | ___ HAND DELIVERY<br>_X_ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>___ E-FILE |

           s/ Jacqueline Kamins
JACQUELINE KAMINS #064972
Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
Jacqueline.Kamins@doj.state.or.us
Of Attorneys for Defendant Governor Kitzhaber

Page 2 -  CERTIFICATE OF SERVICE
    JK/js9/4167705-v1