



**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF OREGON
WAYNE L. MORSE U.S. COURTHOUSE
405 EAST EIGHTH AVENUE, SUITE 2100
EUGENE, OR 97401

OFFICIAL BUSINESS

RETURN TO SENDER
INCORRECT ADDRESS
FICTITIOUS ADDRESSEE

Ida Lee Reman
:ida-lee: [reman]
[1525] Plat I
Sutherlin, OR [97479]

017H15503362
HASLER $0.46⁰
07/22/2013
Mailed From 97401
US POSTAGE

☐ RECEIVED POSSIP...
☐ DAMAGED
☐ RECEIVED W...
CONTENT...
RECEIV...

NIXIE      970    SC 1           0008/02/13
         RETURN TO SENDER
     ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD

BC: 97401271225      *2529-03849-22-40

97401@2712

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF OREGON
WAYNE L. MORSE U.S. COURTHOUSE
405 EAST EIGHTH AVENUE, SUITE 2100
EUGENE, OR 97401

OFFICIAL BUSINESS

RETURN TO SENDER
INCORRECT ADDRESS
FICTITIOUS ADDRESSEE

Kerby Dale Jackson
:kerby-dale: [jackson]
[1525] Plat I
Sutherlin, OR 97479



017H15503362
HASLER  $0.460
07/22/2013
Mailed From 97401
US POSTAGE

☐ RECEIVED POSSIBLY
☐ DAMAGED
☐ RECEIVED
☒ CONTENT
☐ RECEIVED W...

NIXIE        970   5E 1009        0008/02/13
          RETURN TO SENDER
      ATTEMPTED - NOT KNOWN
          UNABLE TO FORWARD

BC: 97401271225    *2529-03809-22-40

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF OREGON
WAYNE L. MORSE U.S. COURTHOUSE
405 EAST EIGHTH AVENUE, SUITE 2100
EUGENE, OR 97401

OFFICIAL BUSINESS

RETURN TO SENDER
INCORRECT ADDRESS
FICTITIOUS ADDRESSEE

017H15503362
HASLER $0.46○
07/22/2013
Mailed From 97401
US POSTAGE

Delant Cory Palmerton
:delant-cory: [palmerton]
[1525] Plat I
Sutherlin, OR [97479]




NIXIE      970   DE 1009      0008/02/13
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 97401271225      *1889-00599-22-43

97401@2712
97479$9999

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF OREGON
WAYNE L. MORSE U.S. COURTHOUSE
405 EAST EIGHTH AVENUE, SUITE 2100
EUGENE, OR 97401

OFFICIAL BUSINESS

RETURN TO SENDER
INCORRECT ADDRESS
FICTITIOUS ADDRESSEE

017H15503362
HASLER $0.460
07/22/2013
Mailed From 97401
US POSTAGE

Irvin Lee Adkins
:irvin-lee: [adkins]
[1525] Plat I
Sutherlin, OR [97479]

☐ RECEIVED POSSIBLY DAMAGED
☐ RECEIVED WITHOUT CONTENTS
☐ RECEIVED AT

NIXIE    970    DC 1         0008/02/13
          RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
          UNABLE TO FORWARD

BC: 97401271225    *2489-02970-02-40
97401@2712